**Order entered October 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00225-CR

**ROSS BRANTLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-00014-V**

## ORDER

On August 12, 2013, we notified the trial court that none of the boxes on the trial court's certification of appellant's right to appeal is checked. We ordered the trial court to file a completed certification that accurately reflects the trial court proceedings. To date, we have not received the certification that is required by Texas Rule of Appellate Procedure 25.2(a), (d). *See Cortez v. State*, 2013 WL 5220904 (Tex. Crim. App. Sept. 18, 2013). Accordingly, we **ORDER** the trial court to file, within **FIFTEEN DAYS** of the date of this order, a completed certification that accurately reflects the trial court proceedings. *See id.*

In his brief, appellant raises an issue related to the costs assessed against him. The record, however, does not contain a cost bill or other document with an itemized list of costs assessed in this case.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing a detailed itemization of the costs assessed in this case, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bill shall be signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.* We further **ORDER** that the supplemental clerk's record include a document explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.


/s/    DAVID EVANS
       JUSTICE